**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

KENNETH L. WALLER                                                                              PLAINTIFF
ADC #103829

v.                                          No. 1:11CV00053 JLH-BD

JOHN MAPLES, JR. *et al.*                                                                  DEFENDANTS

<u>**ORDER**</u>

     The Court has received the Recommended Disposition from Magistrate Judge Beth Deere.

The parties have not filed objections.   After careful review, the Court concludes that the

Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings

in all respects.

     Waller's claims are DISMISSED without prejudice.  The Court certifies that an *in forma*

*pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

     IT IS SO ORDERED this 31st day of August, 2011.

 

_____
UNITED STATES DISTRICT JUDGE