**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

KENNETH L. WALLER                                                                                        PLAINTIFF
ADC #103829

v.                                        No. 1:11CV00053 JLH-BD

JOHN MAPLES, JR. *et al.*                                                                               DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.

DATED this 31st day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE